# Court of Appeals
# of the State of Georgia

ATLANTA,  December 29, 2015

*The Court of Appeals hereby passes the following order:*

## A16D0177.  SAWS AT SEVEN HILLS, LLC et al. v. PAULDING COUNTY, GEORGIA et al.

Saws at Seven Hills, LLC and NatureWalk Development Company, Inc. ("Applicants") seek discretionary review of a superior court order granting summary judgment to Paulding County and others in Applicants' appeal of a rezoning decision. In their appeal, Applicants sought – among other things – a writ of mandamus ordering the county to comply with the terms of a development agreement.  The Supreme Court has exclusive appellate jurisdiction over all cases involving extraordinary remedies, including mandamus. See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (5); *Ladzinske v. Allen*, 280 Ga. 264 (626 SE2d 83) (2006) ("'[C]ases involving the grant or denial of mandamus are within the exclusive jurisdiction of [the Supreme] Court without regard to the underlying subject matter or the legal issues raised.'").  Accordingly, this application is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  12/29/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*